**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| OLIVIER WILLIAMS, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCER UNIVERSITY,<br><br>Defendant. | :<br>:<br>:<br>:  Case No. 5:20-cv-00361-LAG<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all Parties, by and through their undersigned counsel of record, hereby stipulate to the dismissal of this action with prejudice, with each Party to bear its respective attorneys' fees and costs.  No class has been certified and this dismissal does not prejudice the rights of any putative class members.

Respectfully submitted, this 23rd day of March 2022.

*/s/ Michael A. Tompkins*
Jeffrey K. Brown, Esq.*
Michael A. Tompkins, Esq. *
Brett R. Cohen, Esq.*
**LEEDS BROWN LAW, P.C.**
One Old Country Road, Suite 347
Carle Place, NY 11514
(516) 873-9550
jbrown@leedsbrownlaw.com
mtompkins@leedsbrownlaw.com
bcohen@leedsbrownlaw.com

Jason P. Sultzer, Esq.*
Mindy S. Dolgoff, Esq.*
**THE SULTZER LAW GROUP, P.C.**
270 Madison Avenue, Suite 1800
New York, NY 10016
Telephone: (212) 969-7810
sultzerj@thesultzerlawgroup.com

1

dolgoffm@thesultzerlawgroup.com

Justin M. Scott
Georgia Bar No. 557463
**SCOTT EMPLOYMENT LAW, P.C.**
160 Clairemont Avenue
Suite 610
Decatur, Georgia 30030
Telephone: 678.780.4880
Facsimile: 478.575.2590
jscott@scottemploymentlaw.com


*Admitted Pro Hac Vice

*Counsel for Plaintiff*


| | |
|---|---|
| */s/ Brandon L. Peak* | Frank M. Lowrey IV |
| Joel O. Wooten | Georgia Bar No. 410310 |
| Georgia Bar No. 776350 | lowrey@bmelaw.com |
| joel@peakwooten.com | Joshua F. Thorpe |
| Brandon L. Peak | Georgia Bar No. 710665 |
| Georgia Bar No. 141605 | thorpe@bmelaw.com |
| brandon@peakwooten.com | Kamal Ghali |
| Joseph M. Colwell | Georgia Bar No. 805055 |
| Georgia Bar No. 531527 | ghali@bmelaw.com |
| joseph@peakwooten.com | BONDURANT MIXSON & ELMORE, LLP |
| PEAK WOOTEN MCDANIEL | 1201 West Peachtree Street, N.E. |
| & COLWELL LLP | Suite 3900 |
| PO Box 1440 | Atlanta, Georgia 30309 |
| Columbus, GA 31902 | Tel: (404) 881-4100 |
| T: 706-460-4800 | Fax: (404) 881-4111 |


*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that, on March 23, 2022, I filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically notify counsel of record.

*/s/ Michael A. Tompkins*
Michael A. Tompkins